IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:07-23204-CIV-MORENO/SIMONTON

MARGARET L. BROWN, an individual,

       Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP,
a Delaware limited partnership,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Margaret L. Brown, an individual ("Ms. Brown"), by and through her undersigned attorney, pursuant to Rule 16.2F2, Local Rules of the United States District Court, Southern District of Florida, hereby provides notice of the settlement of the above referenced action. Plaintiff requests that the Court enter an order directing that the action be dismissed subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment.

                                      /s/ Robert W. Murphy
                                      ROBERT W. MURPHY
                                      Florida Bar No. 717223
                                      1212 S.E. 2nd Avenue
                                      Ft. Lauderdale, Florida 33316
                                      (954) 763-8660 Telephone
                                      (954) 763-8607 Telefax
                                      rphyu@aol.com

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on April 7, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Ernest H. Kohlmyer, III, Esquire, Bell, Roper & Kohlmyer, P.A., 2707 East Jefferson Street, Orlando, FL 32803, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

               /s/ Robert W. Murphy
               ROBERT W. MURPHY
               Florida Bar No. 717223
               1212 S.E. 2nd Avenue
               Ft. Lauderdale, FL 33316
               (954) 763-8660 Telephone
               (954) 763-8607 Telefax
               rphyu@aol.com