UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**07-23204-CIV-MORENO**

MARGARET BROWN,

    Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Notice of Settlement. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement.

THE PARTIES are notified that they shall file all papers related to the settlement including any stipulated form of final order or judgment, no later than **May 20, 2008**. If the parties do not comply with this order, then this case shall remain dismissed or proceed to trial during the previously scheduled two week period of **May 27, 2008**.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record